**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 14-cv-5032 |
| v. | ) ) | Judge Bucklo |
| CHICAGOLAND TIRE, LLC, and JOHN DOES 1-10, | ) ) ) ) | Magistrate Judge Rowland |
| Defendants. | ) | |

## STIPULATION

Plaintiff Glen Ellyn Pharmacy, Inc., and Defendant Chicagoland Tire, LLC, hereby stipulate as follows:

1. In light of the Seventh Circuit's decision in *Damasco v. Clearwire Corp.*, 662 F.3d 891 (7th Cir. 2011), Plaintiff filed a motion for class certification together with its complaint to protect against individual settlement offers that potentially could moot its claim for class-wide relief.

2. To prevent Plaintiff's Motion from remaining pending for an extended period of time, and at the Court's request, the parties hereby agree as follows.

3. Upon execution and filing of this stipulation, the Court shall dismiss without prejudice Plaintiff's Motion for Class Certification [Dkt. No. 4].

4. From the time that the Court dismisses Plaintiff's Motion for Class Certification until the time Plaintiff files a renewed motion for class certification, Chicagoland Tire, LLC agrees not to make any individual settlement offer to Plaintiff for purposes of attempting to moot the class without Plaintiff's prior consent.

1

Respectfully submitted,

<u>s/ Dulijaza Clark</u>                                   <u>s/ Richard J. Miller</u>
Dulijaza Clark                                         Richard J. Miller

Daniel A. Edelman                          Richard J. Miller
Cathleen M. Combs                      The Miller Law Firm, P.C.
James O. Latturner                         1051 Perimeter Dr., Suite 400
Dulijaza Clark                                     Schaumburg, IL 60173
Heather Kolbus                                (847) 995-1205
EDELMAN, COMBS, LATTURNER      (847) 995-1203 (FAX)
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, certify that on October 30, 2014, the foregoing document was filed electronically, and notification of such filing was served via the Court's CM/ECF system upon the following:

      Richard J. Miller
      The Miller Law Firm, P.C.
      1051 Perimeter Drive, Suite 400
      Schaumburg, IL 60173
      Richard.miller@millerlawfirm.org
      (847) 995-1205

      /s/ Dulijaza Clark
      Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)